UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

~~SCANNED~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 3/17/10   RM

Frederick Banks

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Jeffrey Toobin, AUSA, CABLE NEWS
Network (CNN), USA

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 1857 (LAP)( )

NOTICE OF APPEAL IN A
CIVIL CASE AND MOTION
FOR AN EXTENSION OF TIME; AND
Motion for Consideration Fed. R.
Civ. Pro. 59(e)

Notice is hereby given that __Frederick Banks__
                                   *(party)*
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment
__dismissing the civil case__
                    *(describe the judgment)*

entered in this action on the __11__ day of __MARCH__, 20__10__.
                                *(date)*        *(month)*              *(year)*

In the event that this form was not received in the Clerk's Office within the required time,
__Frederick Banks__ respectfully requests that the Court grant an extension
    *(party)*
of time in accordance with Rule 4(a)(5) of the Federal Rules of Appellate Procedure.

In support of this request, __Frederick Banks__ states that this Court's judgment was
                                    *(party)*
received on __3/17/10__ and that this form was mailed to the Court on __3/17/10__
              *(date)*                                                      *(date)*

Signature

Address: #05711-068, JAL, PO Box 5000
City, State & Zip Code: Yazoo City, MS 39194

DATED: __3/17/__, 20__10__

Telephone Number: (412) 824-7200

NOTE: You may use this form if you are mailing your notice of appeal and are not sure that the *Pro Se* Office of the Southern District of New York will receive it within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007

Banks also moves the Court for reconsideration because the Court committed a clear error of law and fact when it stated Banks did not allege an actual injury. Banks was injured when Defendants were represented Good time for federal inmates because the national coverage on CNN persuaded Congress to pass the federal Good time bill increasing federal good time for inmates. Congress...

Specifically because of Toobin's Defendant's statements) Fred Banks personally suffered an injury as result of defendants conduct; the injury is traceable to the challenged action, and the injury is likely to be redressed by a favorable decision. Valley Forge Christian College v. Americans United for Separation of Church and State, 454 US 464, 472 (1982).

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Frederick Banks_

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

- against -

_Jeffrey Toobin + HDSN, CABLE News Network (CNN), United States of America_

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

10 Civ. 1857 (LAP) ( )

**AFFIRMATION OF SERVICE**

I, _Frederick Banks_ (name), declare under penalty of perjury that I have served a copy of the attached _Notice of Appeal in a civil case and motion for extension of time_ (document you are serving) upon _Clerk, US District Court_ (name of person served) whose address is _US Courthouse, 500 Pearl Street, New York, NY 10007_ (where you served document) by _mail_ (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _Yazoo City_ (town/city), _MS_ (state)

_March_ (month), _17_ (day), 20_10_ (year)

Signature: [signed]

Address: _FCI-Yazoo City, P.O. Box 5000_

City, State: _Yazoo City, MS_

Zip Code: _39194_

Telephone Number: _412-824-7000_

Rev. 05/2007